

**ORDERED in the Southern District of Florida on November 2, 2022.**

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA

In Re:
Victor Manuel Cadavid                        Case No: 22-13774-AJC
                                             Chapter 13
         Debtor
_____/

**Order Continuing Hearing on Motion to Value and Determine Secured Status of Lien of NewRez LLC d/b/a Shellpoint Mortgage Servicing on Real Property and Setting Deadlines (ECF 59)**

     THIS CASE came on to be heard before the Court upon the consent calendar on October 25, 2022, on the Motion to Value and Determine Secured Status of Lien of NewRez LLC d/b/a Shellpoint Mortgage Servicing on Real Property [ECF 59] and based on the record, it is

     ORDERED as follows:

1. That the Motion to Value and Determine Secured Status of Lien of NewRez LLC d/b/a Shellpoint Mortgage Servicing on Real Property (ECF 59) is continued to November 15, 2022, at 9:00 AM, the hearing will be conducted by video conference. For instructions, please refer to the General Procedures for Hearings By Video Conference on the Court's website. To participate in the hearing, you must register for the video conference no later than 3:00 pm one business day before the date of the hearing. To participate, click on the following link or manually enter the following link in a browser:
https://www.zoomgov.com/meeting/register/vJItdOyvrjIvGmlCDrtlqCZrs_TzvTdyAJ0

2. That the Debtor will provide the Creditor a copy of their appraisal or valuation support within 7 days after the date of the first hearing set on this matter unless the

    documentation was attached to the motion or served on the Creditor prior to the first hearing.

3. That the Debtor will make the collateral available for inspection and appraisal to the Creditor within 21 days of the date of the first hearing set on this matter at a mutually Agreed upon time and date.

4. The Creditor will provide a copy of its appraisal to the Debtor or the attorney for the Debtor at least 7 days prior to the continued hearing.

5. Failure to comply with this order, including refusing to provide access to the collateral or timely providing an appraisal, may result in the limiting or striking of evidence and testimony at the valuation hearing, the Court may limit the evidence at trial to the information exchanged prior to the second hearing. Alternatively, the Court may rule on valuation at the continued hearing rather than setting a separate evidentiary proceeding.

6. If either party wishes to raise any legal issue regarding the motion to value, they shall file a notice or objection with a brief summary of the issue at least 2 business days prior to the continued hearing unless a written objection to the motion to value or objection to confirmation setting forth the legal issue is already on docket.

# # #

Submitted by: James A. Poe, Esq., 9500 S. Dadeland Blvd., Suite 701, Miami, FL 33156.
Phone:305-670-3950 Fax: 305-670-3951, Email:jamesapoe@bellsouth.net; jpoe@jamesalanpoepa.com

***Attorney James A. Poe is directed to serve a copy of this order immediately upon receipt to all parties in interest and to file a certificate of mailing with the court.***